UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCHAVI WILLIAMS,

    Plaintiff,

v.                                         Case No. 11-cv-15667
                                           Honorable Patrick J. Duggan

MEGAN VANDEVIVER and
VIKING HOLDINGS GROUP, INC.,
d/b/a GOLDMAN, PRICE &
ASSOCIATES, LLC,

    Defendants.
_____/

**<u>OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S
SEPTEMBER 30, 2013 REPORT AND RECOMMENDATION AND
ORDERING DEFENDANTS TO APPEAR AT A SHOW CAUSE HEARING</u>**

On October 28, 2011, Plaintiff filed this lawsuit against Defendants claiming violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. On October 24, 2012, this Court entered a default judgment against Defendants in the amount $7,691.50. (ECF No. 29.) In an effort to collect on the Judgment, Plaintiff served Defendants with post-judgment discovery to which Defendants failed to respond. Plaintiff therefore filed a motion to compel on February 25, 2013 (ECF No. 30), which this Court referred to Magistrate Judge Michael Hluchaniuk. (ECF No. 31.) On September 30, 2013, Magistrate Judge Hluchaniuk issued a Report and Recommendation (R&R) recommending that this Court order Defendants to

appear before this Court to show cause why they should not be adjudged in contempt of court for failing to respond to Plaintiff's post-judgment discovery requests and pay $2,000.00 as a sanction for civil contempt.  (ECF No. 39.)

At the conclusion of his R&R, Magistrate Judge Hluchaniuk advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  (*Id*. at 10.)  He further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id*.)  Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Hluchaniuk.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Michael Hluchaniuk's September 30, 2013 Report and Recommendation is **ADOPTED**;

**IT IS FURTHER ORDERED**, that Defendants' shall appear before this Court on Thursday, **December 12, 2013 at 2:00 p.m.** in Courtroom 861of the Theodore Levin U.S. Courthouse, 231 W. Lafayette, Detroit, Michigan 48226, for a **CONTEMPT HEARING** in accordance with the magistrate judge's recommendation;

**IT IS FURTHER ORDERED**, that Plaintiff shall serve Defendants with a

copy of this Opinion and Order at least fourteen (14) days prior to the hearing date.

Dated: November 18, 2013

                                    <u>s/PATRICK J. DUGGAN</u>
                                    UNITED STATES DISTRICT JUDGE

Copies to:
Larry P. Smith, Esq.
Patrick G. Gagniuk, Esq.
David M. Marco, Esq.
Magistrate Judge Michael Hluchaniuk